

# Fourth Court of Appeals
## San Antonio, Texas

May 20, 2015

No. 04-14-00785-CV

Mary Ann **CASTRO**,
Appellant

v.

Manuel **CASTRO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-15957
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

Appellant recently filed four motions, specifically: (1) "Motion for Appellee Manuel Castro to Provide Appellant Maryann Castro with a Quit [sic] Deed on Mortgage He Refuses to Pay Instead Put in Bankruptcy Aug [sic] 2012"; (2) Motion for Judgment Against the Third Party Non Spouse Intervener [sic] . . ."; (3) Motion for Repayment of Mortgage . . ."; and (4) Motion for Appellee Manuel Castro to Pay Arrears in Mortgage Owed Unpaid Balance . . . ."  The court has reviewed the motions we **DENY** them.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court